UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

CHANGJUN JI,

                                        Plaintiff,

            v.

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security; JOSEPH B.
EDLOW, Director, U.S. Citizenship and
Immigration Services,

                                        Defendants.

-----------------------------------------------------------------------x

**ENDORSED ORDER**

**STIPULATION OF
DISMISSAL
WITHOUT PREJUDICE**

Civil Action No.
26-cv-2832

(Reyes, J.)

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

captioned action, that this action shall be dismissed without prejudice, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated: Flushing, New York
       June 11, 2026

LAW OFFICES OF MIKE P. GAO, P.C.
*Attorneys for Plaintiff*
36-44 Main Street, 3rd Fl.
Flushing, New York 11354


By:    */s/ Mike P. Gao*
       Mike P. Gao, Esq.
       (718) 321-1822
       contact@lawfirmgao.com


**So Ordered Dated 6/12/2026
Hon. Ramón E. Reyes, Jr.
U.S. District Judge, EDNY**

Dated: Brooklyn, New York
      June 11, 2026

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East, 7th Fl.
Brooklyn, New York 11201

By:    */s/ Alexandra Megaris*
Alexandra Megaris
Assistant U.S. Attorney
(718) 254-6105
alexandra.megaris@usdoj.gov